UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Rome
DEC 11 2013
JAMES N. HATTEN, Clerk
_____ Deputy Clerk

BANK OF AMERICA, N.A.,

    Appellant,

v.

BRIAN ANTONE MCCRORY and
CHRISTEL MARIE MCCRORY,

    Appellees.

CIVIL ACTION

NO.  1:13-CV-3891-RLV

O R D E R

The undersigned does hereby RECUSE himself from further consideration of this case.

SO ORDERED, this 11th day of December, 2013.

_____
ROBERT L. VINING, JR.
Senior United States District Judge