**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>               Appellant,<br><br>vs.<br><br>BRIAN ANTONE MCCRORY and<br>CHRISTEL MARIE MCCRORY,<br><br>               Appelles. | CIVIL ACTION FILE<br>NO. 1:13-cv-3891-RLV |

**NOTICE TO ALL COUNSEL OF RECORD**

The above styled case was reassigned to the Honorable Amy Totenberg from the Honorable Robert L. Vining, Jr. pursuant to the court's order of December 11, 2013. The civil action number assigned to this case has been changed to **1:13-cv-3891-AT** (emphasis added to indicate change). Please make note of this change in order to facilitate the docketing of pleadings in this case.

Dated at Atlanta, Georgia this 12th day of December, 2013.

                                            JAMES N. HATTEN
                                            CLERK OF COURT


                                  By:  s/Jill Ayers
                                            Deputy Clerk

cc:    Honorable Amy Totenberg