IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. James N. Hatten, Clerk
United States District Court

DATE: December 10, 2013

RE: 13-64844-CRM
Bankruptcy Case No.

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 10 2013

JAMES N. HATTEN, Clerk
By: /s/ J. Cantrell, Deputy Clerk

Brian Antone Mccrory and
Christel Marie Mccrory
Debtor(s)

Bank of America, N.A.
Plaintiff/Appellant

vs

Brian Antone Mccrory and
Christel Marie Mccrory
Defendant/Appellee

## SUPPLEMENTAL SUBMISSION SHEET

Submitted on:

- ☒ Notice of Appeal filed October 23, 2013 - Doc. No. 38
- ☒ File date of Order being appealed from October 21, 2013 - Doc. No. 37
  Appellant - <u>Bank of America, N.A.</u>
  Appellee - <u>Brian Antone Mccrory and Christel Marie Mccrory</u>
- ☒ Supplemental Record to USDC Case No. 1:13-cv-03891-~~ODE~~ AT
- ☐ Other:

Contents of Record:

- ☐ Entire Record   ☒ Designated items of   ☒ Appellant(s) Doc. #'s 22, 32, 37, 38, 40, 43, and 48   ☐ Appellee

  Filing Fee Paid - ☒ Yes   ☐ No

  In Forma Pauperis - ☐ GRANTED   ☐ DENIED

  Volumes of Record
  Volumes of Transcript/Depositions
  [# of Envelope(s)/Box(s)] Envelope(s)/Box(s) Exhibits

If previous appeal filed list:
  USDC Case Number:
  USDC Judge Assignment:
  Previous case numbers in related appeal cases:

FROM:   M. Regina Thomas, Clerk
        United States Bankruptcy Court

By: /s/ Aaron Bogatay
    Aaron Bogatay, Deputy Clerk

> **Please return a "received" stamped copy showing case number and Judge Assignment**
>
> _____
> **USDC Number/Judge**

F08 (submusdc.roa) (Rev. 10-2009)