IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| BRIAN ANTONE MCCRORY and | : | |
| CHRISTEL MARIE MCCRORY, | : | |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| BANK OF AMERICA, N.A. | : | |
| | : | |
| Appellant, | : | CIVIL ACTION NO. |
| | : | 1:13-CV-3891-AT |
| v. | : | |
| | : | |
| BRIAN ANTONE MCCRORY and | : | |
| CHRISTEL MARIE MCCRORY, | : | |
| | : | |
| Appellees. | : | |

## ORDER

Appellant Bank of America, N.A.'s Motion to Dismiss Appeal, pursuant to Rule 41 of the Federal Rules of Civil Procedure [Doc. 4] is **GRANTED** as unopposed. The Appeal is **DISMISSED**, and the Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 6th day of January, 2014.

_____
**Amy Totenberg
United States District Judge**